**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of Larry Edward Hendricks, Appellant.

Appellate Case No. 2014-000205

―――――――――

Appeal From Fairfield County
R. Knox McMahon, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2016-UP-173
Submitted January 1, 2016 – Filed April 13, 2016

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Laura Ruth Baer, of Columbia; and Larry Edward Hendricks, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia; and Solicitor Douglas A. Barfield, Jr., of Kershaw, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after consideration of appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *In re McCoy*, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.